BEFORE THE FIRST DIVISION, NOVEMBER 22, 1949

No. 53730.—Associated Merchandising Corp. et al. v. United States, protests 995568–G, etc. (New York).

Opinion by COLE, J.   The protests were dismissed.

BEFORE THE SECOND DIVISION, NOVEMBER 22, 1949

No. 53731.—J. Adler & Co., Inc. v. United States, protests 615638–G and 619551–G (New York).

Opinion by RAO, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim of the plaintiff was therefore sustained.

No. 53732.—Consolidated Sewing Machine & Supply Co., Inc., et al. v. United States, protests 148645–K, etc. (New York).

Opinion by RAO, J.   By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.